Rel: November 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2025-0265

Denzell Jenkins v. Brandon Blaze Everette (Appeal from Clarke Circuit Court: CV-23-900008).

STEWART, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Wise, Bryan, Sellers, and Cook, JJ., concur.